UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARLENE KITT,

    Plaintiff,

v.                                                    Case No. 3:20-cv-5485-MCR-HTC

ANDREW SAUL,

    Defendant.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on November 12, 2021 (ECF Doc. 18). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation, and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation (ECF Doc. 18) is adopted and incorporated by reference in this order.

2. The decision of the Commissioner is AFFIRMED, and this action is DISMISSED.

Case No.: 3:20-cv-5485-MCR-HTC

3. Judgement is entered in favor of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

4. The clerk is directed to close the case file.

**DONE AND ORDERED** this 10th day of January 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 3:20-cv-5485-MCR-HTC